FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

2017 NOV -9 A 11: 02

ALEXANDRIA DIVISION

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No: 1:17MJ 516 |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| KSENIYA A. TOLSTOPYATOVA, | ) | Court Date: November 13, 2017 |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

(COUNT I - Class A Misdemeanor - 6774612)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about September 13, 2017, at Marine Corps Base Quantico, Virginia, in the Eastern District of Virginia, the defendant, KSENIYA A. TOLSTOPYATOVA, did unlawfully and knowingly commit a simple assault upon the defendant, D.E., by tackling D.E. to the ground.

(Violation of Title 18, United States Code, Section 113)

Respectfully Submitted,

Dana J. Boente
United States Attorney

Michael D. Minerva
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed, postage prepaid, on this ___Q___ day of November 2017 to:

KSENIYA A. TOLSTOPYATOVA
24 Naples Rd.
Stafford, VA 22554

By: _____
Michael D. Minerva
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
Michael.Minerva@usdoj.gov