RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2017 NOV 28 P 3: 52

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Kseniya A. Tolstopyatova | ) | Criminal. No. 1:17-mj-0516 |
| **Defendant.** | ) | |

## PRAECIPE

The Clerk will please issue 2 blank subpoenas for the above-styled matter which is currently scheduled for Trial before U.S. Magistrate Judge Ivan D. Davis on 02-12-18 at 10:00 a.m.

Respectfully submitted,
Kseniya A. Tolstopyatova
By Counsel

Counsel for the Defendant:

_____
Elizabeth Mullin, Esq.
Assistant Federal Public Defender
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703)600-0800
(703)600-0880-fax

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:17-mj-00516 |
| Kseniya A. Tolstopyatova | ) | |
| *Defendant* | ) | |

RECEIVED
2017 NOV 28 P 3: 52
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Albert V. Bryan U.S. Courthouse 401 Courthouse Square. Alexandria, VA 22314 | Courtroom No.: | Judge Ivan D. Davis, CR 301 |
|---|---|---|---|
| | | Date and Time: | 02-12-18 at 10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: Nov 28, 2017

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

___

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Kseniya A. Tolstopyatova

Elizabeth Mullin, Esq.
Assistant Federal Public Defender
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703)600-0800